cu· lek
          vkw

ORIGINAL

SEALED
BY ORDER OF THE COURT

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
MICAH A. SMITH
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii      96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:   ken.sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 09 2022

at  I  o'clock and 3 0 min.  P M
John A. Mannle, Clerk      ω

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO CR 22 00 0076 LEK |
| Plaintiff, | INFORMATION |
| vs. | [18 U.S.C. § 666(a)(1)(B)] |
| WILFREDO TAMAYO SAVELLA  Defendant. | |

## **INFORMATION**

The United States Attorney charges:

## INTRODUCTORY ALLEGATIONS

1.      At all times relevant to this Information:

       a.      WILFREDO SAVELLA (hereafter "SAVELLA") was an employee of the County of Maui's Department of Environmental Management (DEM) for approximately 32 years.   SAVELLA held a number of positions at DEM, and served as DEM's Maintenance Mechanic Supervisor for the final 10 years of his employment, before retiring on November 30, 2020.

       b.      As a Maintenance Mechanic Supervisor at DEM, SAVELLA played a role in determining what maintenance and wastewater system equipment, parts and services DEM needed to properly outfit and maintain DEM's wastewater treatment activities.   SAVELLA also played a role in authorizing and providing contract expertise with respect to various sole source and other contracts entered into by DEM in order to operate and maintain their systems.

       c.      The County of Maui is a county in the State of Hawaii, and is comprised of three populated islands (Maui, Lanai and Molokai) and two unpopulated islands (Kahoʻolawe and Molokini).   It was governed by a Mayor and a County Council.   Each Maui County governmental department was managed by a Director, who was in turn assisted by an Assistant Director.

     d.     DEM directed and oversaw operations of its three subdivisions, the Wastewater Reclamation Division, the Solid Waste Division and the Environmental Protection and Sustainability Division.

     e.     H2O Process Systems, LLC ("H2O"), a Honolulu, Hawaii based company, provided various wastewater services, including distributing, installing, and consulting of various wastewater equipment and parts.   H2O was formed in Washington State in 2001 and has been registered in the State of Hawaii since 2008.

     f.     Milton Choy ("Choy") (charged elsewhere) was the owner and manager of H2O.   Choy, through H2O, conducted millions of dollars of business with DEM, providing wastewater treatment equipment and services.

     g.     <u>Receipt of Gifts by Maui County Officials and Employees</u>. The Charter of Maui County, Article 10, Code of Ethics, Section 10-4.1.a, provided:   "No officer or employee of the county shall solicit, accept or receive any gift; directly or indirectly, whether in the form of money, service, loan, travel, entertainment, hospitality, thing or promise, or in any other form, under circumstances in which it can reasonably be inferred that the gift is intended to influence the officer or employee in the performance of the officer's or employee's official duties or is intended as a reward for any official action on the officer's or employee's part."

3

h.     From at least 2013, and continuing through 2017, SAVELLA accepted bribes from Choy in return for his role in initiating, awarding and/or acting as DEM's primary contact person for sole source contracts issued by Maui County to H2O.   SAVELLA accepted cash payments, bank deposits, casino chips, and/or other financial benefits, totaling over $40,000, in exchange for SAVELLA's agreement, in his official capacity as a County of Maui official at DEM, to steer and award lucrative sole source contracts and purchase orders to H2O.

i.     In March 2013, Choy provided SAVELLA with a first class airline ticket to Las Vegas, Nevada at the cost of $1,934.

j.     Between June 2015 and August 2017, Choy wrote four checks to SAVELLA, which were then deposited into SAVELLA's American Savings Bank (ASB) accounts #3338 and #0457 totaling $34,770.   An additional $5,000 in funds were directly deposited into SAVELLA's ASB account #0457.

k.     The table below outlines the benefits Choy provided SAVELLA in return for his agreement to assist in the awarding and maintenance contracts to Choy's company H2O:

|   | Date | Amount | Description of benefit to SAVELLA |
|---|---|---|---|
| 1 | 3/22/2013 | $1,934 | First class airfare to Las Vegas |
| 2 | 6/19/2015 | $6,500 | Check into ASB #3338 |
| 3 | 12/16/2015 | $2,200 | Check into ASB #0457 |
| 4 | 6/15/2017 | $1,000 | Check into ASB #0457 |

4

|   | Date | Amount | Description of benefit to SAVELLA |
|---|------|--------|-----------------------------------|
| 5 | 8/7/2017 | $25,070 | Check into ASB #4057 |
| 6 | 9/12/2017 | $5,000 | Funds directed into ASB #0457 |
|   | TOTAL | $41,704 | |

l.      Between July 2014 and December 2017, H2O was awarded at least 52 sole source contracts by DEM, with a total value of $19,005,738. SAVELLA was listed as the primary point of contact on 35 of these contracts.

m.      On or about July 11, 2017, SAVELLA signed a requisition form to purchase equipment from H2O for the price of $97,686.   On July 19, 2017, SAVELLA sent a text message to Choy stating:   "You shld [sic] have a copy of exe contract in your email already."

n.   On August 7, 2017, SAVELLA texted his banking information to Choy, including his bank routing and account numbers.   On August 7, 2017, utilizing the banking information provided by SAVELLA, Choy deposited $25,070 into SAVELLA's personal bank account, ASB #0457.   The next day, on August 8, 2017, a "Request for Sole Source" listing SAVELLA as the primary contact person was signed by the Director of DEM, Stewart Stant (charged elsewhere), awarding H2O a $280,869 equipment purchase contract.

o.      On September 11, 2017, SAVELLA again provided Choy with his ASB #0457 banking account information.   On September 12, 2017, Choy

5

deposited $5,000 into SAVELLA's ASB bank account #0457.   On September 19, 2017, a $117,018 sole source equipment purchase contract request was issued by DEM listing SAVELLA as DEM's contact representative.

      p.  SAVELLA continued to act as the primary DEM point of contact on multiple DEM sole source contracts issued to H2O, including on sole source contract requests dated October 18, 2017, January 7, 2019, and February 11, 2020.

### Corrupt Solicitation and Acceptance of Bribes
### (18 U.S.C. § 666(a)(1)(B)

      2.    The introductory allegations set forth in paragraphs 1(a)-(p) are realleged and incorporated by reference as if fully set forth herein.

      3.    At all times material to this indictment, Maui County, in the State of Hawaii, was a local government that received federal assistance in excess of $10,000 during each of the one-year periods beginning January 1, 2013 through December 31, 2017.

      4.    WILFREDO SAVELLA was an agent of Maui County, Hawaii, whose duties included review and approval of equipment and services purchased by DEM.

      5.    On or about the dates of March 22, 2013, June 19, 2015, December 16, 2015, June 15, 2017 August 7, 2017 and September 12, 2017, in the District of Hawaii and elsewhere, the defendant, WILFREDO SAVELLA, did

corruptly solicit, demand, and accept things of value from a person, intending to be

influenced and rewarded in connection with a transaction and series of transactions

of Maui County DEM involving $5,000 or more.

All in violation of Title 18, United States Code, Section 666(a)(1)(B).

## **FORFEITURE NOTICE**

6.      Upon conviction of the offense alleged in this Information, the

defendant, WILFREDO SAVELLA, shall forfeit to the United States of America,

pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28,

United States Code, Section 2461(c), any property, real or personal, which

//

//

//

//

//

//

//

//

//

//

//

7

constitutes or is derived from proceeds traceable to those offenses.    The property

to be forfeited includes, but is not limited to, the following:

>    a.    a sum of money equal to $41,704 in United States currency
>    which represents financial proceeds obtained by the defendant,
>    WILFREDO SAVELLA, as a result of his participation in the
>    unlawful conduct alleged in the Information.

DATED:   September ___9th___ ,   2022 at Honolulu, Hawaii.

_____
CLARE E. CONNORS
United States Attorney
District of Hawaii

_____
KENNETH M. SORENSON
MICAH SMITH
Assistant United States Attorneys